AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
Lirim Sylejmani,
Also known as
Abu Sulayman al-Kosovi

Defendant

Case No. CR: 20-106 (RC)

RECEIVED JUL 10 '20
U.S. MARSHAL-DC PM3:02

**FILED**
**SEP 1 6 2020**
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## ARREST WARRANT

To:   Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested)   Lirim Sylejmani

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiring to Provide Material Support or Resources to a Designated Foreign Terrorist Organization (18 U.S.C. § 2339B), Providing and Attempting to Provide Material Support or Resources to a Designated Foreign Terrorist Organization (18 U.S.C. § 2339B), and Receiving Military-Type Training from a Foreign Terrorist Organization, (18 U.S.C. § 2339D)

Date: 07/09/2020

Deborah A. Robinson
Digitally signed by Deborah A. Robinson
Date: 2020.07.09 11:31:59 -04'00'

Issuing officer's signature

City and state:   Washington, D.C.

United States Magistrate Judge Deborah A. Robinson
Printed name and title

---

### Return

This warrant was received on (date) 7/10/2020, and the person was arrested on (date) 9/16/2020
at (city and state)   Washington, DC
                                                                Received

Date: 9/16/2020

Arresting officer's signature
Received by

Christopher Schuessler, DUSM
Printed name and title