UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : CRIMINAL NO. 20-106 (RC) |
| v. | : |
| | : |
| LIRIM SYLEJMANI | : |
| | : |
| Defendant. | : |

## FINDINGS OF FACT AND ORDER

Upon consideration of the Government's Application for Exclusion of Time Within Which Trial Must Commence, and Supporting Memorandum of Law Pursuant to 18 U.S.C. § 3161((h)(7) of the Speedy Trial Act, Defendant's consent thereto, and the entire record in this case and for good cause shown, the Court hereby finds:

1. That it is in the interest of justice that the instant case be designated an unusual and complex case;

2. Discovery in this case will involve the potential production of classified information, which, in turn, may require the initiation of a clearance process for defense counsel to allow the disclosure of discoverable material. If classified material is shared with cleared counsel during discovery, any further use of such material for trial would require additional review by the classifying agencies and pretrial litigation pursuant to the Classified Information Procedures Act, 18 U.S.C. App. III (1980);

3. Several of the witnesses in this case are from other jurisdictions, including Kosovo, which may cause additional delay;

4.   It would be unreasonable to expect that pretrial proceedings, including completion of discovery and resolution of all pretrial issues, within seventy (70) days.

WHEREFORE, having considered the provisions of 18 U.S. Code § 3161(h)(7)(A), and the factors set forth in 18 U.S. Code § 3161(h)(7)(ii), this Court finds, that the ends of justice are served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial.

Accordingly, it is this _____ day of January 2021,

ORDERED, that the government's Application for Exclusion of Time Within Which Trial Must Commence is GRANTED; it is

FURTHER ORDERED, that this case is designated an unusual and complex case serving the ends of justice;

AND IT IS FURTHER ORDERED, that in the interests of justice, the calculation of time under the Speedy Trial Act will be tolled from this date until the completion of classified discovery and litigation, or until further Order of this Court;

SO ORDERED,

1/8/2021

RUDOLPH CONTRERAS
UNITED STATES DISTRICT JUDGE