| | |
|---|---|
| **From:** | Luna, Eleazar |
| **To:** | ▓▓▓▓▓ (USMS); TRANSPORTATION GROUP |
| **Cc:** | dcd-pc@doj.gov; Barnes, James |
| **Subject:** | [EXTERNAL] RE: Lirim Sylejmani |
| **Date:** | Monday, January 10, 2022 4:48:06 PM |

Good Afternoon Haywood,

Inmate SYLEJMANI, LIRIMI 08644 509 arrived at NNRJ on December 21st. During his intake screening he advised us he was Muslim. I have spoken to our Programs Service Coordinator and Inmate has requested a Kosher diet. It is NNRJ practice that Kosher diets are for Judaism inmates. Inmate is not correct in his assertion that our menu is not halal. Our menu is halal and we do not serve any pork products. Additionally, he has the opportunity to request a vegetarian diet because he is Muslim. So yes we can accommodate his needs.

Respectfully,

Captain Luna