## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Criminal Action No.: 20-106 (RC) |
| LIRIM SYLEJMANI, | : Re Document No.: 21 |
| Defendant. | : |

### ORDER

### GRANTING DEFENDANT'S EMERGENCY MOTION FOR TRANSFER

Defendant Lirim Sylejmani moves for transfer from Northern Neck Regional Jail to either Alexandria Detention Center or another facility that will provide him halal, or at least kosher, food. Emergency Mot. Def.'s Transfer, ECF No. 21. The Government takes no position on the motion and defers to the U.S. Marshals Service and this Court. *Id.* at 3. For the reasons given in Sylejmani's motion regarding his dietary needs, the motion is **GRANTED**. The Court understands from the U.S. Marshals Service that Alexandria is not currently an option for Sylejmani but that he could be transferred to USP Lewisburg and Lewisburg can accommodate his dietary needs. Accordingly, it is hereby:

**ORDERED** that the U.S. Marshals Service shall transfer Sylejmani to USP Lewisburg in a timely manner.

**SO ORDERED**.

Dated: 2/10/2022

RUDOLPH CONTRERAS
United States District Judge