**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OFCOLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **v.** | **Case No.:   20-cr- 106 (RC)** |
| **LIRIM SYLEJMANI,**<br>**also known as**<br>**Abu Sulayman al-Kosovi,** | |
| **Defendant.** | |

## JOINT STATUS REPORT

The United States through undersigned counsel and the defendant, Lirim Sylejmani

through undersigned counsel hereby file this joint status report to the court regarding the status

of potential classified discovery.   The government has reviewed all documents responsive to its

requests from potential stake holders.  The government has provided to the defense documents it

deems discoverable and will continue to seek and provide documents consistent with the

government's ongoing discovery obligations pursuant to Federal Rules of Criminal Procedure,

Rule 16 as well as all Giglio and Brady material.  The government does not foresee the need for

Classified Information Procedures Act (CIPA) proceedings at this time. To the extent that that

the defense has a specific discovery request, they will submit it to the government and should the

need be to the Court.

1

WHEREFORE, the Government and the Defendant respectfully file this joint status report.


Date: March 2, 2022                                    Respectfully submitted,


                                                       Matthew M. Graves
                                                       United States Attorney
                                                       D.C. Bar No. 481052

                                               By:   */s/ Brenda J. Johnson*
                                                       Brenda J. Johnson
                                                       Assistant United States Attorney
                                                       D.C. Bar Number 370737
                                                       National Security Section
                                                       United States Attorney's Office
                                                       555 Fourth Street NW
                                                       Washington, DC 20530
                                                       Telephone: (202) 252-7801
                                                       Email: brenda.johnson@usdoj.gov



                                               By: */s/ Jose German & Sabrina Shroff*
                                                       Assistant Federal Public Defenders
                                                       Office of the Federal Public Defender