UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal No. 20-106 (RC) |
| : | |
| LIRIM SYLEJMANI, : | |
| also known as : | |
| Abu Sulayman al-Kosovi, : | |
| : | |
| Defendant. : | |

## STATEMENT OF OFFENSE

1.  To support the plea of guilty by defendant Lirim Sylejmani to Count III of the Indictment in the above-captioned matter which charges a violation of Title 18, United States Code Section, 2339D – Receiving military-type training from a foreign terrorist organization, the government's evidence would prove beyond a reasonable doubt the following facts:

### Elements of the Offense

### Count III

2.  First, that the defendant received military-type training from or on behalf of a designated foreign terrorist organization at the time of the training;

Second, that ISIS is a designated foreign terrorist organization and the defendant had knowledge that ISIS is a designated foreign terrorist organization, that the organization has engaged or engages in terrorist activity or terrorism; and

Third, that the defendant did so knowingly.

### Factual Basis for the Guilty Plea

3.  The Islamic State of Iraq and al-Sham, known as ISIS, is a foreign terrorist organization designated by the United States Department of State under this alias on or about May 15, 2014. In 2015, the defendant, Lirim Sylejmani, a naturalized American citizen living in Kosovo, decided to travel with his family to Syria to join ISIS. He registered with the terrorist

1

organization, completed ISIS training, and engaged in at least one battle against United States Coalition Forces. After multiple years of living under ISIS rule, the defendant was captured by the Syrian Democratic Forces ("SDF"). While in prison, the defendant spoke with multiple news outlets, described further below, and with Federal Bureau of Investigation ("FBI") agents about his experience with ISIS. Specifically, on April 21, 2019, FBI agents interviewed the defendant at an SDF prison, where, after he waived his *Miranda* rights, the defendant spoke truthfully about his journey to join ISIS, his training and experiences in the Islamic State as described below.

4.     In or about November of 2015, the defendant contacted an ISIS member named Abu Adam, and the two of them began to plan for the defendant and his family's crossing into Syria. Abu Adam helped the defendant find an active ISIS member to provide Tazkiyah (official vouching). Once he received Tazkiyah, the defendant and his family secured fake Syrian identification cards, flew to another town in Turkey, voluntarily surrendered ~~their~~ his United States passport~~s~~, and met with a smuggler who took them across the border to the Islamic State on or about November 13, 2015.

12-12-24 SPS L.S.

5.     Once across the border, the defendant was separated from his family and the defendant was placed in a guest house with other ISIS recruits and given his ISIS name: Abu Sulayman al-Kosovi. He was then transported to Tabqah, Syria, then Raqqah, Syria, and finally, to Mosul, Iraq. In Mosul, the defendant began his ISIS training. This included physical endurance conditioning and joint Sharia and military training. Military training was in both a classroom and outside with weapons. The defendant received an AK-47 and learned how to assemble and shoot it. He was also taught how to use the following weapons: PK Machine Gun, M-16s, and ~~rocket propelled grenades (RPGs)~~. Additionally, the training covered military ground tactics, such as how to move through open areas and urban areas. Importantly, as part of the training, the defendant

12-12-24 SPS L.S.

pledged bayat (allegiance) to Abu Bakr Al-Baghdadi, the leader of ISIS, and to the ISIS organization, in front of an Iraqi ISIS member.

6. This training lasted 21 days, following which the defendant received his own AK-47, four magazines for the weapon, a belt for the magazines, as well as two grenades. The defendant understood the equipment had been issued for his ISIS military assignment. The defendant was then assigned to a battalion in Iraq and transferred with his family to Tall Kayf, Iraq.

7. In Tall Kayf, the defendant quickly learned that ISIS was not providing any of the promised services or compensation. He refused to work for this time and stayed home communicating with family over Viber and Surespot. The FBI, with the help of Kosovo police, has secured and translated some of these conversations, which span most of 2016. When the Kosovo police first interviewed the defendant's family, they secured screen shots of a family member's phone. This included text conversations between a family member and the defendant. First, on January 15, 2016, the defendant stated, "We are in the Islamic State," and specified that he is somewhere near Mosul. Further, when the family member asked him what he was doing in the Islamic State, he responded that he was not working at the moment, but he stated that "I had some training to finish and now I am looking," thereby corroborating his admissions of training with ISIS.

8. During the time he was engaging in these communications with his family in Kosovo, the defendant was eventually compensated by ISIS in Iraqi Dinar and transferred to the ISIS headquarters in Manbij, Syria. This was around the time of the SDF's Manbij offensive between May and August 2016. In May 2016, the defendant reported for a ribat (guard) duty on the front line of the Manbij offensive. The defendant brought his gun belt, AK-47, magazines, and

12-12-24
SIS
L.S.

~~grenades~~ to his ribat assignment. During a battle with Coalition Forces he was hit with shrapnel in his legs. As he ran from the fight after suffering his injury, he threw his belt, magazines, ~~and two grenades on the ground to run faster.~~ The defendant did not admit to firing any of his weapons.

SPS
L.S.

9.    Eventually, the defendant was stationed in Mayadin, Syria, sent on another ribat assignment, and paid more money by ISIS. The unit soon demanded his transfer to Palmyra, Syria. He refused this transfer and stated that he deserted ISIS at this time. As the SDF and Coalition Forces closed in on ISIS's last strongholds, the defendant surrendered himself and his family into SDF custody on February 27, 2019.

10.   The defendant was sent to an SDF prison while his family was taken to an Internally Displaced Persons (IDP) camp. A few weeks later, he was interviewed by *The New Yorker* magazine for an article titled "The Dangerous Dregs of ISIS." In this article, the defendant admitted to joining ISIS but stated that he never engaged in battle. Specifically, he stated:

> "I shot about twenty bullets when I was doing the training in Mosul. And I shot one bullet in a house, by accident, in the ceiling. That's as much fighting as I did," Sulejmani insisted. "I carried the gun since the first day when I came to Dar al-Islamiyyah [House of Islam] until I left Baghouz. Towards the end it was rusted, but my goal wasn't to come fight. It was making hegira. I was pushed a certain way, which I went. I liked to give it a try. It just didn't work." He shrugged.

11.   During their subsequent interview of the defendant, FBI agents inquired about this article in *The New Yorker*. In response, the defendant admitted these were his words and signed and dated each relevant page of the article, writing, "tru Statement."

12.   Following the defendant's initial interview with the FBI, he remained in SDF custody. During this period, he spoke to a number of other news sources, including CBS News and ABC News, identifying himself on video and by name, and explaining that he moved to the

region to live under the rule of the Islamic State. In some of these interviews, he claimed that he never fired a shot in combat.

13.     The defendant acknowledges and admits that ISIS is a designated foreign terrorist organization under federal law and that he knowingly and willfully received military type training from ISIS.

                Respectfully submitted,

                Matthew M. Graves
                United States Attorney

By:     _____
       Brenda J. Johnson
       Steven Wasserman
       Kimberly Paschall
       Assistant United States Attorneys
       National Security Section
       601 D Street, NW, 5th Floor
       D.C. Bar No. 370737
       D.C. Bar No. 453251
       D.C. Bar 1015665
       Brenda.Johnson@usdoj.gov
       Steve.Wasserman@usdoj.gov
       Kimberly.Paschall@usdoj.gov
       (202) 252-7801
       (202) 252-7719
       (202) 252-2650

## DEFENDANT'S ACKNOWLEDGMENT

After consulting with my attorneys, Sabrina Shroff and Ubong Akpan, and pursuant to the plea agreement entered into between me, Lirim Sylejmani, and the United States Attorney's Office for the District of Columbia, I hereby state and agree that the foregoing Statement of Offense is true and accurate. No one has forced or compelled me to agree to this Statement of Offense. I have agreed to this Statement of Offense because the facts set forth above are true and accurate to the best of my knowledge.

12-12-2024
Date

_____
LIRIM SYLEJMANI

## DEFENSE COUNSEL'S ACKNOWLEDGMENT

I am Lirim Sylejmani's attorney. I have carefully reviewed the foregoing Statement of Offense with him. To my knowledge, his decision to stipulate and agree to these facts is an informed and voluntary one.

12-12-2024
Date

_____
Sabrina Shroff, Esquire
Ubong Akpan, Assistant Federal Defender
Counsel for the Defendant

6