UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL NO. 20-106 (RC) |
| v. : | |
| : | |
| LIRIM SYLEJMANI : | |
| : | |
| Defendant. : | |

**GOVERNMENT'S OPPOSITION TO DEFENDANT'S
MOTION TO CONTINUE SENTENCING**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby respectfully files this opposition to Defendant's Motion to Continue Sentencing (ECF # 93). In support of this response, the government relies on the following points and authorities:

1. On April 8, 2025, the date this Court set for the parties to file their sentencing memoranda in this matter, counsel for the defense filed a motion to continue the sentencing.[1] In support of this request, defense counsel claims that more time is needed "to prepare for sentencing to consult with a terrorism expert and gather letters of support…" ECF # 93 at 1. However, in an email sent by Ms. Shroff to government counsel on April 7, 2025, she stated the request for additional time to prepare was because, "The client has not been able to meet with us regularly and I am to be at trial and need 30 days." There was no mention in the email about a need to consult with a "terrorism expert" or gather "letters of support."

2. Sentencing in this matter was scheduled on December 12, 2024, over four months

---

[1] As the Court is aware, the latest defense request for a continuance follows a consistent pattern of seeking last minute continuances and extensions that has plagued this litigation.

1

ago. Defendant has two attorneys assigned to his matter, one of whom is based in the District of Columbia and who is presumably available to meet with the defendant in-person to prepare for the sentencing. As this Court is aware, the defendant pled guilty pursuant to Rule 11(c)(1)(C) with an agreed upon sentence of 10 years and a lifetime of supervised release. The government submits that absent an indication from the Court that it is not likely to accept the parties' agreed upon sentence, there is simply no need for a continuance to allow the defendant to consult with a terrorism expert. Further, the government has received no expert notice from the defense in this regard nor any discovery. Should the defense be permitted additional time to consult with a terrorism expert and either testimony or evidence related to this expert is permitted to be presented at sentencing, the government may need additional time to consult with its own expert or otherwise respond.

3. The government submits that given the extended length of time that the instant matter has been pending before the Court, the significant delays occasioned by defense counsel's failure to meet court deadlines, and the lack of materially contested issues that are likely to impact the ultimate sentence in this case, the government opposes the defendant's motion to continue the sentencing.

Wherefore, the government respectfully opposed the defendant's motion to continue sentencing.

                            Respectfully submitted,

                            EDWARD R. MARTIN
                            UNITED STATES ATTORNEY
                            D.C. Bar No. 481866

By:    */s/ Steven B. Wasserman*

                            Steven B. Wasserman
                            D.C. Bar No. 453251
                            Kimberly L. Paschall
                            D.C. Bar No. 1015665
                            Assistant United States Attorneys
                            National Security Section
                            601 D Street, N.W.
                            Washington, D.C. 20530
                            (202) 272-7719 -Wasserman
                            (202)-252-2650 - Paschall
                            Steve.Wasserman@usdoj.gov
                            Kimberly.Paschall@usdoj.gov


                            /s/*Jennifer E. Levy*
                            Jennifer E. Levy
                            D.C. Bar No. 291070
                            Trial Attorney
                            Counterterrorism Section
                            U.S. Department of Justice
                            950 Pennsylvania Avenue, N.W.
                            Washington, D.C. 20530
                            (202) 514-1092
                            Jennifer.E.Levy@usdoj.gov


## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that a copy of the foregoing pleading has been served upon Ubong Akpan and Sabrina Shroff, counsel for defendant via the electronic case filing system, this 14th day of April 2025.

                            /s/*Steven Wasserman*
                            STEVEN B. WASSERMAN
                            Assistant United States Attorney