UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff; | ) ) ) |
| v. | ) Case No. 20-CR-106 (RC) |
| LIRIAM SYLEJMANI, | ) ) ) |
| Defendant. | ) ) |

**DEFENDANT'S REPLY IN FURTHER SUPPORT
OF ITS MOTION TO CONTINUE SENTENCING**

The government's opposition to Mr. Sylejmani's first request for a 30-day continuance of the April 24, 2025 sentencing date is misplaced.

First, the government identifies no prejudice if the Court grants the motion. There are no victims in this case, and therefore no prejudice to any individual. No other prejudice exists as Mr. Sylejmani is currently incarcerated and the government is seeking a 10-year prison sentence.

Second, Mr. Sylejmani's desire to present information to the Court from a terrorism expert for the Court to consider at sentencing makes sense and provides good cause for the requested continuance. While it is true that Mr. Sylejmani has had some time, it is not easy to find a terrorism expert who will speak for the defense.

Because good cause exists for the requested extension, and the government has identified no prejudice from it, the Court should grant the motion.

Respectfully submitted,

/s/Sabrina Shroff
80 Broad Street, 19th Floor
New York, New York 10004

Ubong E. Akpan. AFPD
Federal Public Defender's Office
625 Indiana Ave, NW, Suite 550
Washington, D.C. 20004

Dated: April 14, 2025